UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00055 |
| | ) Chief Judge Haynes |
| ANTHONY GRIFFIN | ) |

MOTION TO RE-SET TRIAL

[Handwritten margin note: Granted. The motion is granted in the interests of justice to allow defense counsel to be prepared for trial.]

Comes counsel for the defendant, Anthony Griffin, and hereby moves the Court to re-set the trial date currently set for May 14, 2013. In support of this motion defendant would state and show as follows:

By order entered August 17, 2012, this Court severed Mr. Griffin's case from that of his co-defendant, Albert Franklin. (D.E. 94, Order.) In its motion to sever defendants the government noted that would proceed to trial on Mr. Franklin's case first. (D.E. 92, Motion to Sever.)

Mr. Franklin, however, is now on his fourth lawyer and his case has, once again, been continued past that of Mr. Griffin. Counsel understands that it is proposed to be set in August 2013.

Title 18 U.S.C. § 3161(h)(8)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.