RECEIVED
IN CLERK'S OFFICE
JUL 1 4 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

In The UNITED STATES DISTRICT COURT
For The **Middle** District Of **Tennessee**

United States
Plaintiff
vs

**Anthony Griffin**
Defendant

Case No. 3:55cr00055-2

Judge **Haynes**

*[handwritten note: Granted. The United States has 20 days to file a response to this motion. 10-30-14]*

Sentence Modification 28 U.S.C. 3582(c)2
Sentence Reduction All Drugs Minus
Two Effective November 1, 2014

Come now **Anthony Griffin** the Defendant, by and through *Pro Se* and hereby submit the following Motion In support of the Defendant's position regarding sentencing; All Drugs Minus Two.

## Argument

The US Sentencing Commission (USSC) voted unanimously, on Thursday to reduce sentences for most drug trafficking defendants. On April 13, 2014; passage of the Fair Sentencing Act in 2010, which reduced – but did not eliminate – the sentencing disparity between crack and powder cocaine offenders. And passage of the <u>Smart Sentencing Act</u> ; House Resolution 3382 / Senate Bill (1410); which has already been approved by the Senate Judiciary Committee; but in the meantime, the USSC has acted on its own. The commission voted to reduce sentence by amending the Federal Sentencing Guidelines to lower the Base Offense Guidelines in the Drug Quanity Table across various drug types.